## CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| 1. A method of viewing, on a remote viewing device of a video surveillance system, multiple simultaneously displayed and stored video images, comprising the steps of:<br><br>*[1.0}* | System diagram:<br><br><br><br>**Eagle Eye – *Combo Bridge* Brochure, Page 2** |

EXHIBIT "B"

**CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye**

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| receiving video images at a personal computer based system from a plurality of video sources, wherein each of the plurality of video sources comprises a camera of the video surveillance system;<br><br>*[1.1}* | These uniits are self- contanined systems, which are deliverd with pre-installed operating systems and VMS software.<br><br><br><br>**Eagle Eye – *Combo Bridge* Brochure, Page 2** |

### CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| digitizing any of the images not already in digital form using an analog-to-digital converter;<br><br>*[1.2]* | These units are capable of accepting signals from either Analog or Digital camaras.<br><br>**Video Formats**<br><br>The video system is based on h264 video and AAC audio. These streams are encapsulated in different formats for compatibility with different playback modes<br><br>• FLV: the native format for the system. Playable in any Flash player and by VLC etc.<br>• Live HTTP Streaming m3u: M3U files are index files into a mpegts data stream. The system will generate ts urls on approximately a 2 second basis (depending on key frame rate of the underlying video). Note, due to the polling nature of m3u for "live" streams, you can only use now relative requests for streaming (where the streamid is used to maintain transaction state). So "/asset/play/video.m3u?t=stream_34567890332244567;e=+300000;c=12345678" will create a five minute stream, but "/asset/play/video.m3u?t=-50000;e=+300000" will not.<br>• ts: MPEG Transport Stream format video and audio. Intended for playback via http streaming in concert with m3u transactions, per the HTTP Live Streaming functionality of iOS and android. You can list multiple streams for a single video (typically for different resolutions/bandwidth).<br>• mp4: MPEG4 files have very broad playback compatibility - all major video player are compatible. However, mp4 is NOT a streamable format, so it is only used for download functionality and will return an error if the video is live.<br>• m3u8: Use the M3U8 play list format. Use this for mobile devices as it uses the HTTP layer to stream MPEG TS files with instructions in the M3U8 playlist file. Continue polling for this playlist until the playlist indicates it is complete.<br><br>**Eagle Eye – *API Guide*, Page 67** |

**CONFIDENTIAL — ATTORNEY WORK PRODUCT**

**CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye**

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| displaying one or more of the digitized images in separate windows on a personal computer based display device, using a first set of temporal and spatial parameters associated with each image in each window;<br><br>*[1.3]* | Exemplary multi-camara screen display for the System;  this is user-configurable (evidently, the selection of the screen layout will impact the spatial parameters for the displayed images):<br><br><br><br>**Eagle Eye – *API Guide*, Page 86** |

**CONFIDENTIAL — ATTORNEY WORK PRODUCT**                4

**CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye**

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| converting one or more of the video source images into a selected video format in a particular resolution, using a second set of temporal and spatial parameters associated with each image; *[1.4}* <br><br><br><br> **_Note:_** *The computer storage format is a "container" for the audio and video information, which is encoded in some compression codec. Popular computer storage formats include MOV, AVI, etc.* | The camara streams must be converted into a recordable format, based on user selection for how each camara's output is to be handled. <br><br> RECORDING FEATURES <br> • Video encrypted in transit & at rest <br> • Fully cloud managed <br> • Intelligent Bandwidth Management with local buffering <br> • Full frame rate on 720p & 1080p cameras <br> • Optional audio recording <br><br> **Eagle Eye – *Combo Bridge* Brochure, Page 1** |

**CONFIDENTIAL — ATTORNEY WORK PRODUCT**

**CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye**

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| contemporaneously storing at least a subset of the converted images in a storage device in a network environment; *[1.5]* | The user defines how each camera source is handled, including some cameras which may be displayed on-screen but not recorded, and some cameras which may be recorded but not always displayed on-screen. <br><br> "The Eagle Eye Video API is a comprehensive REST based API for **recording**, indexing, and storing camera video. The Eagle Eye Video API handles all the heavy lifting of interfacing to the cameras, recording video, securely transmitting video to the cloud, storing video, and making video available for use for your applications. **All of the Eagle Eye Security Camera VMS user interfaces (web, iOS, Android) have been built using this API.**" <br><br> **Eagle Eye – *API Guide*, Page 2** |

**CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye**

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| providing a communications link to allow an external viewing device to access the storage device;<br><br>*[1.6]* | System diagram, showing communication links to remote devices:<br><br><br><br>**Eagle Eye – *Combo Bridge* Brochure, Page 2** |

**CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye**

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| receiving, from a remote viewing device ~~remote~~ located remotely from the video surveillance system, a request to receive one or more specific streams of the video images;<br><br>*[1.7]* | Remote access capability;  user configuration determines which streams are to be displayed:<br><br>WEB INTERFACE & MOBILE FEATURES<br>• Native iOS & Android apps<br>• View all live & recorded video<br>• Compatible with all modern browsers<br>• Motion detection with alerts<br>• Map & floorplan display<br><br>**Eagle Eye – *Combo Bridge* Brochure, Page 1** |

**CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye**

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| transmitting, either directly from one or more of the plurality of video sources or from the storage device over the communication link to the remote viewing device, and in the selected video format in the particular resolution, the selected video format being a progressive video format which has a frame rate of less than substantially 24 frames per second using a third set of temporal and spatial parameters associated with each image, a version or versions of one or more of the video images to the remote viewing device, wherein the communication link traverses an external broadband connection between the remote computing device and the network environment; and<br><br>*[1.8]* | During User configuration for the Remote Display device, the images to be displayed are selected, and the parameters are determined, based on the number of image windows displayed and the available bandwidth for the communication link.<br><br><br><br>**Eagle Eye – *Combo Bridge* Brochure, Page 2**<br><br>**Eagle Eye – *Combo Bridge* Brochure, Page 1** |

**CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye**

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| displaying only the one or more requested specific streams of the video images on the remote computing device.<br><br>*[1.9]* | Exemplary multi-camara screen display for the Remote System;  this is user-configurable:<br><br> |

**CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye**

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| 2. The method of claim 1, wherein the remote viewing of the given video stream is contemporaneous with the live viewing and storage.<br><br>*[2.0]* | Live camera views are accessible remotely:<br><br><br><br>**Eagle Eye – *Combo Bridge* Brochure, Page 1** |

### CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| 3. The method of claim 1, wherein the remote viewing of the given video stream is conducted subsequent to the live viewing and storage.<br><br>*[3.0]* | Capabbility to view recorded camera streams:<br><br>**WEB INTERFACE & MOBILE FEATURES**<br>· Native iOS & Android apps<br>· View all live & recorded video<br>· Compatible with all modern browsers<br>· Motion detection with alerts<br>· Map & floorplan display<br><br>**Eagle Eye – *Combo Bridge* Brochure, Page 1** |

## CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| 4. The method of claim 1, wherein the remote computing device and the network environment communicate through the Internet.<br><br>*[4.0]* | Remote clients can access images stored on the system or in "The Cloud":<br><br><br><br>**Eagle Eye – *Combo Bridge* Brochure, Page 2**<br><br>**Eagle Eye – *Combo Bridge* Brochure, Page 1** |

**CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye**

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| 5. The method of claim 1, wherein the broadband connection has a bandwidth of 2-6 Megabits per second (Mbps).<br><br>*[5.0}* | This is a typical characteristic of ADSL connections and Wireless Mobile Phone connections. |

## CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| 6. A method of viewing, on a remote viewing device of a video surveillance system, multiple simultaneously displayed and stored video images, comprising the steps of:<br><br>*[6.0}* | System diagram:<br><br><br><br>**Eagle Eye – *Combo Bridge* Brochure, Page 2** |

**CONFIDENTIAL — ATTORNEY WORK PRODUCT**

**CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye**

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| receiving video images at a personal computer based system from a plurality of video sources, wherein each of the plurality of video sources comprises a camera of the video surveillance system;<br><br>*[6.1}* | These uniits are self- contanined systems, which are deliverd with pre-installed operating systems and VMS software.<br><br><br><br>**Eagle Eye – *Combo Bridge* Brochure, Page 2** |

**CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye**

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| digitizing any of the images not already in digital form using an analog-to-digital converter;<br><br>*[6.2}* | These units are capable of accepting signals from either Analog or Digital camaras.<br><br>**Video Formats**<br><br>The video system is based on h264 video and AAC audio. These streams are encapsulated in different formats for compatibility with different playback modes<br><br>• FLV: the native format for the system. Playable in any Flash player and by VLC etc.<br>• Live HTTP Streaming m3u: M3U files are index files into a mpegts data stream. The system will generate ts urls on approximately a 2 second basis (depending on key frame rate of the underlying video). Note, due to the polling nature of m3u for "live" streams, you can only use now relative requests for streaming (where the streamid is used to maintain transaction state). So "/asset/play/video.m3u?t=stream_34567890332244567;e=+300000;c=12345678" will create a five minute stream, but "/asset/play/video.m3u?t=-50000;e=+300000" will not.<br>• ts: MPEG Transport Stream format video and audio. Intended for playback via http streaming in concert with m3u transactions, per the HTTP Live Streaming functionality of iOS and android. You can list multiple streams for a single video (typically for different resolutions/bandwidth).<br>• mp4: MPEG4 files have very broad playback compatibility - all major video player are compatible. However, mp4 is NOT a streamable format, so it is only used for download functionality and will return an error if the video is live.<br>• m3u8: Use the M3U8 play list format. Use this for mobile devices as it uses the HTTP layer to stream MPEG TS files with instructions in the M3U8 playlist file. Continue polling for this playlist until the playlist indicates it is complete.<br><br>**Eagle Eye – *API Guide*, Page 67** |

**CONFIDENTIAL — ATTORNEY WORK PRODUCT**

**CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye**

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| displaying one or more of the digitized images in separate windows on a personal computer based display device, using a first set of temporal and spatial parameters associated with each image in each window;<br><br>*[6.3]* | Exemplary multi-camara screen display for the System; this is user-configurable (evidently, the selection of the screen layout will impact the spatial parameters for the displayed images):<br><br><br><br>**Eagle Eye – *API Guide*, Page 86** |

**CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye**

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| converting one or more of the video source images into a selected video format in a particular resolution, using a second set of temporal and spatial parameters associated with each image; <br><br> *[6.4]* <br><br><br><br><br> ***Note:*** <br> *The computer storage format is a "container" for the audio and video information, which is encoded in some compression codec. Popular computer storage formats include MOV, AVI, etc.* | The camara streams must be converted into a recordable format, based on user selection for how each camara's output is to be handled. <br><br> RECORDING FEATURES <br> • Video encrypted in transit & at rest <br> Fully cloud managed <br> • Intelligent Bandwidth Management with local buffering <br> • Full frame rate on 720p & 1080p cameras <br> • Optional audio recording <br><br> **Eagle Eye – *Combo Bridge* Brochure, Page 1** |

**CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye**

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| contemporaneously storing at least a subset of the converted images in a storage device in a network environment; <br><br> *[6.5]* | The user defines how each camera source is handled, including some cameras which may be displayed on-screen but not recorded, and some cameras which may be recorded but not always displayed on-screen. <br><br> "The Eagle Eye Video API is a comprehensive REST based API for **recording**, indexing, and storing camera video. The Eagle Eye Video API handles all the heavy lifting of interfacing to the cameras, recording video, securely transmitting video to the cloud, storing video, and making video available for use for your applications. **All of the Eagle Eye Security Camera VMS user interfaces (web, iOS, Android) have been built using this API.**" <br><br> **Eagle Eye – *API Guide*, Page 2** |

**CONFIDENTIAL — ATTORNEY WORK PRODUCT**

**CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye**

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| providing a communications link to allow an external viewing device to access the storage device;<br><br>*[6.6]* | System diagram, showing communication links to remote devices:<br><br><br><br>**Eagle Eye – *Combo Bridge* Brochure, Page 2** |

**CONFIDENTIAL — ATTORNEY WORK PRODUCT**

**CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye**

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| receiving, from a remote viewing device ~~remoted~~ located remotely from the video surveillance system, a request to receive one or more specific streams of the video images; <br><br> *[6.7]* | Remote access capability; user configuration determines which streams are to be displayed: <br><br> WEB INTERFACE & MOBILE FEATURES <br> • Native iOS & Android apps <br> • View all live & recorded video <br> • Compatible with all modern browsers <br> • Motion detection with alerts <br> • Map & floorplan display <br><br> **Eagle Eye – *Combo Bridge* Brochure, Page 1** |

## CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| transmitting, either directly from one or more of the plurality of video sources or from the storage device over the communication link traversing the Internet to the remote viewing device, and in the selected video format in the particular resolution, the selected video format being a progressive video format which has a frame rate of less than substantially 24 frames per second using a third set of temporal and spatial parameters associated with each image, a version or versions of one or more of the video images to the remote viewing device; and<br><br>*[6.8}* | During User configuration for the Remote Display device, the images to be displayed are selected, and the parameters are determined, based on the number of image windows displayed and the available bandwidth for the communication link.<br><br><br><br>**Eagle Eye – *Combo Bridge* Brochure, Page 2**<br><br>**Eagle Eye – *Combo Bridge* Brochure, Page 1** |

**CONFIDENTIAL — ATTORNEY WORK PRODUCT**     23

**CLAIM CHART FOR US PATENT NO. 10,499,091 as applied to Eagle Eye**

| Patent Claim Language | Application to Eagle Eye |
|---|---|
| displaying only the one or more requested specific streams of the video images on the remote computing device.<br><br>*[6.9]* | Exemplary multi-camara screen display for the System;  this is user-configurable (evidently, the selection of the screen layout will impact the spatial parameters for the displayed images):<br><br> |

**CONFIDENTIAL — ATTORNEY WORK PRODUCT**